Submitted April 6, reversed and remanded May 31, 2012

Therese A. HENDERSON,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT;
and Fire Mountain Gems, Inc.,
*Respondents.*

Employment Appeals Board
10AB1954; A146426

280 P3d 394

Therese A. Henderson filed the brief for petitioner.

Denise G. Fjordbeck, Attorney-in-Charge, waived appearance for respondent Employment Department.

No appearance for respondent Fire Mountain Gems, Inc.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

Reversed and remanded. *Opp v. Employment Dept.*, 242 Or App 673, 259 P3d 15 (2011).